TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-01-00324-CV






Sharon Ann Ferrel, Appellant



v.



Paul A. Ferrel, Appellee






FROM THE DISTRICT COURT OF COMAL COUNTY, 207TH JUDICIAL DISTRICT


NO. C2000-824A, HONORABLE WILLIAM E. BENDER, JUDGE PRESIDING 






PER CURIAM

 Appellant Sharon Ann Ferrel has filed a motion to dismiss her appeal. Accordingly,
we dismiss the appeal. Tex. R. App. P. 42.1(a)(2). 


Before Justices Kidd, B. A. Smith and Puryear

Dismissed on Appellant's Motion

Filed: August 30, 2001

Do Not Publish